DROUILLARD v. KEISTER
WILLIAMS NEWSPAPER SERVICES

No. 7P93

Case below: 108 N.C.App. 169

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 11 February 1993. Petition by plaintiffs for writ of certiorari to the North Carolina Court of Appeals dismissed 11 February 1993.

ENDERBY v. DAVIS

No. 430P92

Case below: 108 N.C.App. 104

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 11 February 1993.

FORSYTH MEMORIAL HOSPITAL v. CONTRERAS

No. 393P92

Case below: 107 N.C.App. 611

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 11 February 1993.

FOWLER v. VALENCOURT

No. 428PA92

Case below: 108 N.C.App. 106

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 11 February 1993.

IN RE WILL OF CANOY

No. 379P92

Case below: 107 N.C.App. 491

Petition by caveators for discretionary review pursuant to G.S. 7A-31 denied 11 February 1993.